IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12928

_____

D.C. Docket No. 1:10-cr-20896-JAL-2

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

QUARTAVIOUS DAVIS,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, PRYOR, MARTIN, JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.[*]

BY THE COURT:

_____

[*] Senior United States Circuit Judge Joel F. Dubina has elected not to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

Petitions for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, IT IS ORDERED that this case will be reheard en banc.  The panel's opinion is VACATED.